IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

RICHARD WAYNE TAYLOR, #1272597     §

VS.                                 §                 CIVIL ACTION NO. 9:05cv240

DIRECTOR, TDCJ-CID              §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge Judith K. Guthrie.  The Magistrate Judge presented for consideration the Magistrate Judge's

Report, containing proposed findings of fact and recommendations for disposition of Petitioner's

motions for judgment on the pleadings and for default judgment.

Petitioner filed objections to the Report.  This Court made a *de novo* review of Petitioner's

objections and finds that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts

them as the Court's conclusions.  The Court therefore

**ORDERS** that Petitioner's motion for judgment on the pleadings  (dkt#16) and motion for

default judgment (dkt#6) are **DENIED**.

**SIGNED** this the **1**  day of **May, 2006.**

_____
Thad Heartfield
United States District Judge