IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RICHARD WAYNE TAYLOR, #1272597 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv240 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie.  The Magistrate Judge presented for consideration the Magistrate Judge's Reports, containing proposed findings of fact and recommendations for disposition of Petitioner's motions for summary judgment.

No objections were filed.  This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's conclusions.  The Court therefore

**ORDERS** that Petitioner's motions for summary judgment (dkt##50 and 54) are **DENIED**.

**SIGNED** this the 21 day of **March, 2007.**

_____
Thad Heartfield
United States District Judge